Gumbinsky Bros. Company, Respondent, *v.* Arthur Smalley et al., Copartners Trading as Edwin Butterworth & Co., Appellants.

*Contract — sale — action for breach of contract of sale — defense that quality was unsatisfactory.*

*Gumbinsky Bros. Co.* v. *Smalley*, 203 App. Div. 661, affirmed.
(Argued March 21, 1923; decided April 17, 1923.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 26, 1922, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for breach of contract for the purchase of paper stock. The defense was that the quality of the stock shipped under the contract was unsatisfactory.

*Abel E. Blackmar* and *Charles D. Ridgway* for appellants.

*I. Maurice Wormser, Leonard Acker* and *Joseph Dannenburg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.